THE PEOPLE OF THE STATE OF NEW YORK ex rel. HOWARD KENNEDY, Appellant, v. WILFRED L. DENNO, as Warden of Sing Sing Prison, Respondent. — In a habeas corpus proceeding, relator appeals from a judgment of the Supreme Court, Westchester County, entered June 23, 1964 after a hearing, which dismissed the writ and remanded him to the custody of the respondent. Judgment affirmed, without costs. No opinion. This disposition is without prejudice to any coram nobis proceeding which the relator may institute, if so advised, upon proper papers setting forth his right to relief in such proceeding. (For related appeal, see People v. Kennedy, 4 A D 2d 858, affd. 4 N Y 2d 962, cert. den. 358 U. S. 900.) Beldock, P. J., Christ, Hill, Rabin and Benjamin, JJ., concur.

## SECOND DEPARTMENT, APRIL, 1965

### (April 29, 1965)

In the Matter of VINCENT FIORILLO, Petitioner, v. PETER T. FARRELL, as a Justice of the Supreme Court, et al., Respondents.— Application by petitioner to prohibit respondents from prosecuting or trying petitioner upon a superseding indictment charging the crime of murder in the first degree in the killing of one James Beatty. Application denied. Beldock, P. J., Ughetta, Christ, Hill and Rabin, JJ., concur.